# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-23335-UU

MARY K. SMITH,

    Plaintiff,
v.

HARTFORD LIFE AND ACCIDENT
INSURANCE CO.

    Defendants.
_____/

## ORDER ON MOTION FOR EXTENSION OF TIME

THIS CAUSE is before the Court upon Defendant's Unopposed Motion for Extension of Time (the "Motion"). D.E. 6. The Court has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. Defendant was served with the Complaint on August 22, 2018, and its response was due on September 12, 2018. D.E. 6 ¶ 1. In the instant Motion, Defendant requests a ten (10) day extension of time to respond to Plaintiff's Complaint. D.E. 6.

Federal Rule of Civil Procedure 6(b) provides that the Court may provide an extension of time for good cause. In support of its motion, Defendant states that Plaintiff has agreed to the extension and that its counsel has been ill since September 6, and due to the press of other business, requires more time to respond to the Complaint in a meaningful fashion. *Id.* ¶ 2. This is not good cause for the extension requested. It is Plaintiff's counsel's responsibility to comply with the Federal Rules of Civil Procedure and the Court's deadlines. Defendant has had three-weeks to formulate a response, two weeks of which were before her illness. Accordingly, it is

ORDERED AND ADJUDGED that the Motion, D.E. 6, is DENIED. Defendant shall respond to Plaintiff's complaint by **Thursday, September 13, 2018**. Failure to respond to

Plaintiff's complaint may result in a clerk's entry of default against Defendant. **ALL DEADLINES REMAIN IN FULL FORCE AND EFFECT.**

DONE AND ORDERED in Chambers at Miami, Florida, this _12th_ day of September, 2018.

*(signature)*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record